# EXHIBIT 1

**Constable Return of Corporation**

Cause #: <u>202233206</u>                                                                 Tracking #: <u>74016949</u>

In the case of <u>YASIN, SHARON</u> VS <u>FIRST TRANSIT INC</u> a <u>CITATION</u> and attached __was issued by the _
<u>127th Judicial District</u> court of <u>HARRIS</u> County, and came to hand on the _<u>15</u> day of _<u>June</u> , _<u>2022</u> at _
<u>9:48AM</u> to be delivered at _<u>3250 TELEPHONE RD</u> , _<u>HOUSTON</u> , TX _<u>77023</u> by delivering to: <u>FIRST
TRANSIT INC</u>

**Attempted Service**
**(Attempted service at 3250 TELEPHONE RD unless otherwise noted.)**

| Date | Time | Deputy Name | Agency | Service Attempt Type | Address Attempted | Remarks |
|---|---|---|---|---|---|---|
| 6/16/2022 | 11:29:00 AM | Leonardo Moran | 6 | SERVED DEFENDANT | 3250 TELEPHONE RD HOUSTON TX 77023 | DEPUTY SERVED THE FIRST TRANSIT REGIONAL DIRECTOR OF OPERATIONS NAMED MIKE HONER BY PERSONAL SERVICE. |

**Service of Corporation**

Executed the same in <u>HARRIS</u> County, Texas, on the _<u>16</u> day of _<u>June</u> , _<u>2022</u> at _<u>11:29AM</u> by
summoning <u>FIRST TRANSIT INC.</u> a Corporation at _<u>3250 TELEPHONE RD</u> , _<u>HOUSTON</u> , Texas
<u>77023</u> By delivering to <u>MIKE HONER</u> in person the _<u>Regional Director Of Operations</u> of said Corporation a
true copy of this <u>CITATION</u>, together with the accompanying certified copy of the _

Fee Due $ _<u>75.00</u>

by Deputy _<u>Leonardo Moran - 86C11</u>
              Printed

Deputy Signature

Attempts: _____1_____

Total Attempts: _____1_____

**Silvia Trevino , Constable Precinct #6**
**Harris County Texas**

5900 Canal Street
Houston Texas 77011
713.274.3400



**Mike Honer**
Regional Director of Operations
Mobile: 608-209-3255
mike.honer@firstgroup.com

3250 Telephone Road
Houston, TX 77023
Tel: 832-280-4712 x101
Fax: 832-280-4743

First Transit
www.firsttransit.com

# EXHIBIT 2

 **Gmail**

FIRST TRANSIT COURT ACTION <first.transit.courtcases@gmail.com>

2022 33206 /127th

# PETITION COMPLAINT OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS DISABILITY DISCRIMINATION UNDER 504 REHABILITATION ACT

**FIRST TRANSIT COURT ACTION** <first.transit.courtcases@gmail.com>
To: FIRST TRANSIT COURT ACTION <first.transit.courtcases@gmail.com>

Fri, Jun 3, 2022 at 8:43 AM

P3

```
F I L E D
Marilyn Burgess
District Clerk

JUN 03 2022
Time: 1:00 pm
Harris County, Texas
By: T. Coline
        Deputy
```

CAUSE NO._____

IN THE DISTRICT COURT
_____JUDICIAL, DISTRICT
OF HARRIS COUNTY, TEXAS

Sharon Yasin
plantiff
vs
FIRST TRANSIT INC.

PLANTIFF'S PETITION DEMAND FOR A JURY TRIAL AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, 504 REHABILITATION ACT AND PUNITIVE DAMAGES VIOLATION OF ADA RIGHTS

Plaintiff Sharon Yasin representing in Propria Persona is bringing this lawsuit against Defendant First Transit Inc. a Corporation who primary location of business 3250 Telephone Rd. Houston, Texas 77023 under the complaint INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND PUNITIVE DAMAGES,

I.

JURISDICTION

1. The damages sough in this suit are within the Jurisdiction limits of the Court as required by Rule 47, Texas Rules of Civil Procedure, Plaintiff is seeking Punitive Damages and Pain & Suffering.

II.

VENUE

2. Venue is proper in this county in that the events giving rise to this cause of action occured within Harris County.

III.

PLANTIFF

3. The Petition is filed by Sharon Yasin, an individual who address is 7225 Bellerive Houston 77036

DEFENDANTS

4. First Transit Inc. primary business location of is 3250 Telephone Rd. Houston, Texas 77023
713-224-0850

IV.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

DISCOVERY CONTROL

6. Under Texas Rules Procedure 190.3 Plaintiff Plans to conduct discovery under level 2 and affirmatively pleads this suit is not governed by the expedited actions process Rule 169 of the Texas Rules of Civil Procedure because Plaintiff seeks Injunction relief and a Declaratory Relief

V.

FACTS

7. Plantiff's is a elderly disable Quadriplegic woman who utilizes a Spinal Powered wheelchair for mobility, that operates her Spinal Wheelchair by chin control.

8. Plaintiff Sharon Yasin has being utilizing Metropolitan Transit Authority's Harris Metrolift Paratransit Bus Service since 12/23/2016

9. For 5 years, Since 12/23/2016 METRO'S contractor Defendant First Transit Inc. employee Drivers and Supervisors has been assisting Plantiff Sharon Yasin to enter into the residence at 5050 Sunflower by taking Plantiff's keys and unlocking the front door for her, due to fact Plantiff being a Quadraplegic and is not able to unlock the door herself

10. On 2/07/2021 Plaintiff Sharon Yasin was a passenger aboard METRO'S Metrolift Paratransit bus driven by Contractor Defendant First Transit's Inc. Supervisor

11. At 4am Defendant First Transit's Supervisor drop Plantiff Sharon Yasin off to her destination at a apartment resident location at 5050 Sunflower the Supervisors actions was malicious, outrageous, atrocious.

12. Defendant's First Transit Inc. Supervisor left Plantiff Sharon Yasin outside residence in about 35°-40° weather abandon in a dark stairwell breezeway in her mobil Spinal wheelchair.

13. About 5:30am Plaintiff was still outside in the freezing weather with sever pain in all limbs which became numb from the freezing weather and with fear of being alone and possibly of hurt, Plaintiff start to panic and start having shortness of breath and chest pains.

14. About 5:35 the neighbor next door came home noticed Plantiff was sitting outside in the cold weather and the Plantiff ask the neighbor could he please take the keys to open the door for her and he open the door a let the Plantiff in

15. Plantiff call METRO to send a Metrolift Bus to take Plantiff to ER who was having a anxiety attack.

16. Plantiff was diagnosed as having an anxiety attack which caused Plantiff to seek medical mental and emotional counseling from a psychologist.

17. The Emotional Distress Plantiff suffered caused the Plantiff to seek mental medical counseling from a psychologist which diagnosis Plantiff with and anxiety attach and PTSD emotional stress.

18. On 06/06/2020, 06/07/2020, 09/19/2020 these claims represent a pattern of violation Plaintiff's Disability Rights nor being afforded the safe, and accessible to bus service as others that do not have a disability

VI.

CAUSE OF ACTION

17. Defendant First Transit Inc. is held under Vicarious Liability of the actions of it's Supervisor/employee doing the scope.

18. Defendant First Transit Inc. fail to train it's Supervisors and Employees properly.

19. Defendant First Transit Inc. breach a Duty of Care

20. Defendant First Transit Inc. Supervisor Common Law Doctrine

VII.

RELIEF

21. Plaintiff is seeking 250,000 and Punitive damage

## VIII.

## CONCLUSION & PRAYER

22.    WHEREFORE, Plantiff Sharon Yasin respectfully prays that this Honorable Court find Plantiff is able to seek a remedy and seek justice

## VIII.

## INITIAL DISCLOSURE

23. As provided in Rule 194, Texas Rules Civil Procedure, must be at or within 30 day after the filing of the answer unless a different time is set by the parties agreement or court order.

24. Plaintiff asks the Court to keep the or court order initial Disclosures to made within 30 days

😊 🐾 /s/ Sharon Yasin
7225 Bellerive #212
Houston, Texas 77036
512-822 6055
first.transit.courtcases@gmail.com

p15

# EXHIBIT 1

4/14/22, 1:20 PM                                    Harris County Address Lookup

# Harris County Address L...

8500 Main St, Houston, TX,        ✕   🔍

## CITY OF HOUSTON

| | |
|---|---|
| Congressional Rep. | Al Green |
| Congressional Dist. | 9 |
| State Senator | John Whitmire |
| State Senate Dist | 15 |
| State Rep | Ann Johnson |
| State Rep Dist | 134 |
| Judge | Lina Hidalgo |
| Sheriff | Ed Gonzalez |
| Commissioner | Rodney Ellis |
| Commissioner Pct | 1 |
| Constable | May Walker |
| Constable / JP Pct | 7 |
| Civil Dist | 7c20 |
| KEY Map | 532L |
| Census Tract | 413301 |
| School Dist | HOUSTON ISD |
| SBOE Member | Lawrence A. Allen Jr. |
| SBOE Dist | 4 |
| Voting Precinct | 224 |
| Utility Dist | |
| ESN | 021 |
| Law | Houston Police |
| Fire | Houston Fire |
| EMS | Houston EMS |
| Juris | CITY OF HOUSTON |



Map
Esri Community Maps Contributors, City of Houston, HPB,...   Powered by Esri

4/14/22, 1:24 PM                                    Harris County Address Lookup

# Harris County Address L...

⌄
**2**    | 7326 Forrestal St, Houston,    ✕   🔍

▼

## CITY OF HOUSTON

| | |
|---|---|
| Congressional Rep. | Al Green |
| Congressional Dist. | 9 |
| State Senator | Borris Miles |
| State Senate Dist | 13 |
| State Rep | Garnet F. Coleman |
| State Rep Dist | 147 |
| Judge | Lina Hidalgo |
| Sheriff | Ed Gonzalez |
| Commissioner | Rodney Ellis |
| Commissioner Pct | 1 |
| Constable | May Walker |
| Constable / JP Pct | 7 |
| Civil Dist | 7c13 |
| KEY Map | 533V |
| Census Tract | 332100 |
| School Dist | HOUSTON ISD |
| SBOE Member | Lawrence A. Allen Jr. |
| SBOE Dist | 4 |
| Voting Precinct | 236 |
| Utility Dist | |
| ESN | 021 |
| Law | Houston Police |
| Fire | Houston Fire |
| EMS | Houston EMS |

Harris County Address Lookup

# Harris County Address L.

5050 Sunflower St, Houston   ✕   🔍



## CITY OF HOUSTON

| | |
|---|---|
| Congressional Rep. | Al Green |
| Congressional Dist. | 9 |
| State Senator | Borris Miles |
| State Senate Dist | 13 |
| State Rep | Shawn Thierry |
| State Rep Dist | 146 |
| Judge | Lina Hidalgo |
| Sheriff | Ed Gonzalez |
| Commissioner | Rodney Ellis |
| Commissioner Pct | 1 |
| Constable | May Walker |
| Constable / JP Pct | 7 |
| Civil Dist | 7c13 |
| KEY Map | 533Z |
| Census Tract | 332000 |
| School Dist | HOUSTON ISD |
| SBOE Member | Lawrence A. Allen Jr. |
| SBOE Dist | 4 |
| Voting Precinct | 573 |
| Utility Dist | |
| ESN | 021 |
| Law | Houston Police |
| Fire | Houston Fire |
| EMS | Houston EMS |
| Juris | CITY OF HOUSTON |

Map
Esri Community Maps Contributors, City of Houston, HPB,...   Powered by Esri

4/14/22, 1:27 PM
Harris County Address Lookup

# Harris County Address L.

4  6550 Fannin St, Houston, T:  X  🔍



## CITY OF HOUSTON

| | |
|---|---|
| Congressional Rep. | Al Green |
| Congressional Dist. | 9 |
| State Senator | Borris Miles |
| State Senate Dist | 13 |
| State Rep | Ann Johnson |
| State Rep Dist | 134 |
| Judge | Lina Hidalgo |
| Sheriff | Ed Gonzalez |
| Commissioner | Rodney Ellis |
| Commissioner Pct | 1 |
| Constable | May Walker |
| Constable / JP Pct | 7 |
| Civil Dist | 8740 |
| KEY Map | 532H |
| Census Tract | 313102 |
| School Dist | HOUSTON ISD |
| SBOE Member | Lawrence A. Allen Jr. |
| SBOE Dist | 4 |
| Voting Precinct | 540 |
| Utility Dist | |
| ESN | 021 |
| Law | Houston Police |
| Fire | Houston Fire |
| EMS | Houston EMS |
| Juris | CITY OF HOUSTON |

Map
Esri Community Maps Contributors, City of Houston, HPB...  Powered by Esri

4/14/22, 1:51 PM
Harris County Address Lookup

Harris County Address L.

5  | 6560 Fannin St, Houston, T. |  ✕  |  🔍

## CITY OF HOUSTON

| | |
|---|---|
| Congressional Rep. | Al Green |
| Congressional Dist. | 9 |
| State Senator | Borris Miles |
| State Senate Dist | 13 |
| State Rep | Ann Johnson |
| State Rep Dist | 134 |
| Judge | Lina Hidalgo |
| Sheriff | Ed Gonzalez |
| Commissioner | Rodney Ellis |
| Commissioner Pct | 1 |
| Constable | May Walker |
| Constable / JP Pct | 7 |
| Civil Dist | 8740 |
| KEY Map | 532H |
| Census Tract | 313102 |
| School Dist | HOUSTON ISD |
| SBOE Member | Lawrence A. Allen Jr. |
| SBOE Dist | 4 |
| Voting Precinct | 540 |
| Utility Dist | |
| ESN | 021 |
| Law | Houston Police |
| Fire | Houston Fire |
| EMS | Houston EMS |
| Juris | CITY OF HOUSTON |



Map

Esri Community Maps Contributors, City of Houston, HPB....   Powered by Esri

4/14/22, 1:33 PM                                    Harris County Address Lookup

# Harris County Address L...

1319 Live Oak St, Houston,        ✕    🔍

▼

## CITY OF HOUSTON

| | |
|---|---|
| Congressional Rep. | Sheila Jackson Lee |
| Congressional Dist. | 18 |
| State Senator | Carol Alvarado |
| State Senate Dist | 6 |
| State Rep | Garnet F. Coleman |
| State Rep Dist | 147 |
| Judge | Lina Hidalgo |
| Sheriff | Ed Gonzalez |
| Commissioner | Rodney Ellis |
| Commissioner Pct | 1 |
| Constable | Silvia Trevino |
| Constable / JP Pct | 6 |
| Civil Dist | 6C10 |
| KEY Map | 493V |
| Census Tract | 310200 |
| School Dist | HOUSTON ISD |
| SBOE Member | Lawrence A. Allen Jr. |
| SBOE Dist | 4 |
| Voting Precinct | 19 |
| Utility Dist | |
| ESN | 021 |
| Law | Houston Police |
| Fire | Houston Fire |
| EMS | Houston EMS |



Esri Community Maps Contributors, City of Houston, HPB....    Powered by Esri

4/14/22, 1:34 PM                                   Harris County Address Lookup

# Harris County Address L.

6720 Bertner Ave, Houston       ✕   🔍

## CITY OF HOUSTON

| | |
|---|---|
| Congressional Rep. | Al Green |
| Congressional Dist. | 9 |
| State Senator | Borris Miles |
| State Senate Dist | 13 |
| State Rep | Ann Johnson |
| State Rep Dist | 134 |
| Judge | Lina Hidalgo |
| Sheriff | Ed Gonzalez |
| Commissioner | Rodney Ellis |
| Commissioner Pct | 1 |
| Constable | May Walker |
| Constable / JP Pct | 7 |
| Civil Dist | 8740 |
| KEY Map | 532H |
| Census Tract | 313102 |
| School Dist | HOUSTON ISD |
| SBOE Member | Lawrence A. Allen Jr. |
| SBOE Dist | 4 |
| Voting Precinct | 540 |
| Utility Dist | |
| ESN | 021 |
| Law | Houston Police |
| Fire | Houston Fire |
| EMS | Houston EMS |
| Juris | CITY OF HOUSTON |



Map

Esri Community Maps Contributors, City of Houston, HPB,...   Powered by Esri

4/14/22, 1:35 PM                                                Harris County Address Lookup

# Harris County Address L.

⚕ | 5405 S Rice Ave, Houston, ͏  ✕  🔍

▼

## CITY OF HOUSTON

| | |
|---|---|
| Congressional Rep. | Lizzie Fletcher |
| Congressional Dist. | 7 |
| State Senator | John Whitmire |
| State Senate Dist | 15 |
| State Rep | Gene Wu |
| State Rep Dist | 137 |
| Judge | Lina Hidalgo |
| Sheriff | Ed Gonzalez |
| Commissioner | R. Jack Cagle |
| Commissioner Pct | 4 |
| Constable | Alan Rosen |
| Constable / JP Pct | 1 |
| Civil Dist | IC43 |
| KEY Map | 531C |
| Census Tract | 421101 |
| School Dist | HOUSTON ISD |
| SBOE Member | Lawrence A. Allen Jr. |
| SBOE Dist | 4 |
| Voting Precinct | 345 |
| Utility Dist | |
| ESN | 021 |
| Law | Houston Police |
| Fire | Houston Fire |
| EMS | Houston EMS |
| Juris | CITY OF HOUSTON |



📷 Map

Esri Community Maps Contributors, City of Houston, HPB,...   Powered by Esri

4/14/22, 1:36 PM                                         Harris County Address Lookup

# Harris County Address L.

4700 Beechnut St, Houston    ✕    🔍



## CITY OF HOUSTON

| | |
|---|---|
| Congressional Rep. | Lizzie Fletcher |
| Congressional Dist | 7 |
| State Senator | John Whitmire |
| State Senate Dist | 15 |
| State Rep | Ann Johnson |
| State Rep Dist | 134 |
| Judge | Lina Hidalgo |
| Sheriff | Ed Gonzalez |
| Commissioner | Rodney Ellis |
| Commissioner Pct | 1 |
| Constable | Ted Heap |
| Constable / JP Pct | 5 |
| Civil Dist | 546 |
| KEY Map | 531Q |
| Census Tract | 420800 |
| School Dist | HOUSTON ISD |
| SBOE Member | Lawrence A. Allen Jr. |
| SBOE Dist | 4 |
| Voting Precinct | 176 |
| Utility Dist | |
| ESN | 021 |
| Law | Houston Police |
| Fire | Houston Fire |
| EMS | Houston EMS |
| Juris | CITY OF HOUSTON |

Map

Esri Community Maps Contributors, City of Houston, HPB,...    Powered by Esri

4/14/22, 1:36 PM

Harris County Address Lookup

# Harris County Address L.

↰ | 4700 Beechnut St, Houston | ✕ | 🔍

## CITY OF HOUSTON

| | |
|---|---|
| Congressional Rep. | Lizzie Fletcher |
| Congressional Dist. | 7 |
| State Senator | John Whitmire |
| State Senate Dist | 15 |
| State Rep | Ann Johnson |
| State Rep Dist | 134 |
| Judge | Lina Hidalgo |
| Sheriff | Ed Gonzalez |
| Commissioner | Rodney Ellis |
| Commissioner Pct | 1 |
| Constable | Ted Heap |
| Constable / JP Pct | 5 |
| Civil Dist | 546 |
| KEY Map | 531Q |
| Census Tract | 420800 |
| School Dist | HOUSTON ISD |
| SBOE Member | Lawrence A. Allen Jr. |
| SBOE Dist | 4 |
| Voting Precinct | 176 |
| Utility Dist | |
| ESN | 021 |
| Law | Houston Police |
| Fire | Houston Fire |
| EMS | Houston EMS |
| Juris | CITY OF HOUSTON |

Map

Esri Community Maps Contributors, City of Houston, HPB,... Powered by Esri

4/14/22, 1:38 PM                                    Harris County Address Lookup

# Harris County Address L.

8130 Kirby Dr, Houston, TX    ✕  |  🔍

▼

## CITY OF HOUSTON

| | |
|---|---|
| Congressional Rep. | Al Green |
| Congressional Dist. | 9 |
| State Senator | Borris Miles |
| State Senate Dist | 13 |
| State Rep | Shawn Thierry |
| State Rep Dist | 146 |
| Judge | Lina Hidalgo |
| Sheriff | Ed Gonzalez |
| Commissioner | Rodney Ellis |
| Commissioner Pct | 1 |
| Constable | May Walker |
| Constable / JP Pct | 7 |
| Civil Dist | 7c20 |
| KEY Map | 532Q |
| Census Tract | 314302 |
| School Dist | HOUSTON ISD |
| SBOE Member | Lawrence A. Allen Jr. |
| SBOE Dist | 4 |
| Voting Precinct | 541 |
| Utility Dist | |
| ESN | 021 |
| Law | Houston Police |
| Fire | Houston Fire |
| EMS | Houston EMS |
| Juris | CITY OF HOUSTON |



4/14/22, 1:41 PM                                   Harris County Address Lookup

# Harris County Address L.

🔖 | 2615 Southwest Fwy, Houst | ✕ | 🔍



## CITY OF HOUSTON

| | |
|---|---|
| Congressional Rep. | Lizzie Fletcher |
| Congressional Dist. | 7 |
| State Senator | John Whitmire |
| State Senate Dist | 15 |
| State Rep | Ann Johnson |
| State Rep Dist | 134 |
| Judge | Lina Hidalgo |
| Sheriff | Ed Gonzalez |
| Commissioner | Rodney Ellis |
| Commissioner Pct | 1 |
| Constable | Alan Rosen |
| Constable / JP Pct | 1 |
| Civil Dist | IC75 |
| KEY Map | 492Y |
| Census Tract | 411802 |
| School Dist | HOUSTON ISD |
| SBOE Member | Lawrence A. Allen Jr. |
| SBOE Dist | 4 |
| Voting Precinct | 360 |
| Utility Dist | |
| ESN | 021 |
| Law | Houston Police |
| Fire | Houston Fire |
| EMS | Houston EMS |
| Juris | CITY OF HOUSTON |

Map
Esri Community Maps Contributors, City of Houston, HPB,...   Powered by Esri

**Carrera, Lorraine (Constable Precinct 1)**

| | |
|---|---|
| **From:** | ADA DISABILITY ADVOCATE <ada.advocate.paratransit@gmail.com> |
| **Sent:** | Wednesday, April 13, 2022 2:21 PM |
| **To:** | Carrera, Lorraine (Constable Precinct 1) |
| **Cc:** | ADA DISABILITY ADVOCATE |
| **Subject:** | Re: REQUESTING CONFIRMATION OF EMAIL ADDRESS |

Hi Lorraine

Here are the addresses that needs to be filed in the correct small claims precinct.

01. 8500 So Main 77025
02. 7326 Forrestal 77033
03. 5050 Sunflower 77033
04. 6550 Fannin  77030
05. 6560 Fannin 77030
06. 1319 Live Oak 77003
07. 6720 Bertner Ave 77030
08. 5405 S. Rice Ave. 77081
09. 4700 Beechnut 77096
10. 4700 Beechnut 77096
11. 8130 Kirby 77054
12. 2615 Southwest Frwy 77098

Hi Lorraine you are greatly appreciated

could you'd please provide printouts of the correct precincts of the addresses above

It would be much easier for us to place a printout with each incident address and for the Disable person's to easily handle.


Thank you so very much Lorraine


Dee Reed
ADA Advocate Paratransit Riders
512-412-4147
ada.advocate.paratransit

/s/ Dee Reed

All Rights Reserved without prejudice

April 13, 2022

    date

On Wed, Apr 13, 2022, 1:28 PM Carrera, Lorraine (Constable Precinct 1) <Lorraine.Carrera@cn1.hctx.net> wrote:

This is Lorraine, and this is my email address.


Thank You

Lorraine Carrera


**From:** ADA DISABILITY ADVOCATE <ada.advocate.paratransit@gmail.com>
**Sent:** Wednesday, April 13, 2022 1:24 PM
**To:** Carrera, Lorraine (Constable Precinct 1) <Lorraine.Carrera@cn1.hctx.net>
**Subject:** REQUESTING CONFIRMATION OF EMAIL ADDRESS


Hi Correra


Could you please confirm this is your correct email address so I can send you the confirmation address.



Thank you!

**Dee Reed**
**ADA Advocate Paratransit Riders**
**512-412-4147**
**ada.advocate.paratransit**

**/s/ Dee Reed**
_____
**All Rights Reserved without prejudice**

_____
   date


2

SERVED
6-16-22
11:29AM

CM
6
P-3

CAUSE NO.   202233206
RECEIPT NO.   30671                    75.00        CO1
**********

PLAINTIFF: YASIN, SHARON                      In The   127th
              vs.                             Judicial District Court
DEFENDANT: FIRST TRANSIT INC                  of Harris County, Texas
                                              127TH DISTRICT COURT
                                              Houston, TX

                           CITATION

THE STATE OF TEXAS                            **FILED**
County of Harris                              **Marilyn Burgess**
                                              **District Clerk**

                                              JUN 2 1 2022
                                        Time: ___8:00 am___
                                              Harris County, Texas
TO: FIRST TRANSIT INC                   By  R TICKLE
    3250 TELEPHONE RD   HOUSTON TX 77023      Mail Processing Clerk

    attached is a copy of PLAINTIFFS COMPALINT OF INTENTONAL INFLICTION OF EMOTIONAL DISTRESS
DISABILITY DISCRIMINATION UNDER 504 REHABILITATION ACT

This instrument was filed on the 3rd day of June, 2022, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 14th day of June, 2022, under my hand and
seal of said Court.

                                        Mah Burges
Issued at request of:                   MARILYN BURGESS, District Clerk
YASIN, SHARON                           Harris County, Texas
7225  BELLERIVE #212                    201 Caroline, Houston, Texas 77002
HOUSTON, TX 77036                       (P.O. Box 4651, Houston, Texas 77210)
Tel: (512) 822-6055
Bar No.: 1

                         Generated By: COLLINS, IRIS TROISHA  IKS//12028459

                    OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ___.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____

FEE: $_____                          _____

# EXHIBIT 3

6/29/2022 11:44 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65911651
By: CAROL WILLIAMS
Filed: 6/29/2022 11:44 PM

## CAUSE NO. 2022-33206

| | | |
|---|---|---|
| **SHARON YASIN,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **FIRST TRANSIT, INC.,** | § | |
| *Defendant.* | § | **127th JUDICIAL DISTRICT** |

## FIRST TRANSIT, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, First Transit, Inc. Defendant in the above-captioned cause of action, who files this Answer to the Original Petition of Plaintiff, Sharon Yasin, and would respectfully show the Court the following:

### I.
### GENERAL DENIAL

Defendant asserts a general denial under Rule 92 of the Texas Rules of Civil Procedure and requests Plaintiff prove her charges and allegations against Defendant by a preponderance of the evidence as required by the Constitution and the law of the State of Texas.

### II.
### AFFIRMATIVE DEFENSES

Defendant affirmatively pleads the application and benefits of the following statutes: § 41.105 of the Texas Civil Practice and Remedies Code, § 18.091 of the Texas Civil Practice and Remedies Code, and § 304.101, et seq, of the Texas Finance Code. Further, Plaintiff's own negligence was a proximate cause of the damages, if any, Plaintiff claims to have suffered.

Defendant further affirmatively pleads the defense of avoidance as intentional infliction of emotional distress is a "gap filler" tort and unavailable when another statutory or common-law

1

remedy is available regardless of whether a plaintiff makes or succeeds on the statutory or common-law remedy.

## III.
### REQUESTS FOR DISCLOSURE

Defendant requests that Plaintiff disclose all of the information and material described in Texas Rule of Civil Procedure 194.2(b)(1)-(12) within thirty days of this request.

## IV.
### DEMAND FOR JURY TRIAL

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Defendant hereby formally makes this demand for a jury trial.

## V.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant, First Transit, Inc., prays Plaintiff takes nothing by reason of her suit and that Defendant recovers judgment against Plaintiff for a sum within the jurisdictional limits of this Court to compensate Defendant for all court costs, together with such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/ s / Ezra L. Finkle*
DAVID A. OUBRE
Texas Bar No.: 00784704
EZRA L. FINKLE
Texas Bar No.: 24090754
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
david.oubre@lewisbrisbois.com
ezra.finkle@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANT,
FIRST TRANSIT, INC.**

4893-1012-1766.1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record in accordance the Texas Rules of Civil Procedure on June 29, 2022.


_/ s / Ezra L. Finkle_
EZRA L. FINKLE

# EXHIBIT 4

Office of Harris County District Clerk - Marilyn Burgess

**HCDistrictclerk.com**

YASIN, SHARON vs. FIRST TRANSIT INC                    6/30/2022
Cause: 202233206          CDI: 7        Court: 127

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | | | | |
|---|---|---|---|---|
| **File Date** | 6/3/2022 | | | |
| **Case (Cause) Location** | | | | |
| **Case (Cause) Status** | Active - Civil | | | |
| **Case (Cause) Type** | OTHER CIVIL | | | |
| **Next/Last Setting Date** | N/A | | | |
| **Jury Fee Paid Date** | 6/7/2022 | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 127ᵗʰ |
| **Address** | 201 CAROLINE (Floor: 10)<br>HOUSTON, TX 77002<br>Phone:7133686161 |
| **JudgeName** | RAVI K. SANDILL |
| **Court Type** | Civil |

6/30/22, 4:42 PM

Office of Harris County District Clerk - Marilyn Burgess

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|------|------|-----------|----------|
| YASIN, SHARON | PLAINTIFF - CIVIL | | FINKLE, EZRA LAVI |
| FIRST TRANSIT INC | DEFENDANT - CIVIL | | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs /Page | Volume | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----------|--------|-----------------|---------------|
| 6/29/2022 | ANSWER ORIGINAL PETITION | | 0 | | | FINKLE, EZRA LAVI | FIRST TRANSIT INC |
| 6/29/2022 | JURY DEMAND MADE (TRCP 216) | | 0 | | | | |
| 6/3/2022 | ORIGINAL PETITION | | 0 | | | | YASIN, SHARON |

## SERVICES

| Type | Status | Instrument | Person Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|------|--------|------------|------------------|--------|--------|----------|----------|----------|------------|
| CITATION SERVICE | RETURN/EXECUTED | FIRST TRANSIT INC | 3250 TELEPHONE RD HOUSTON TX 77023 | 6/3/2022 | 6/14/2022 | 6/16/2022 | 6/16/2022 | 74016949 | CONST 1 ALAN ROSEN |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 102728290 | First Transit Inc's Answer and Affirmative Defenses | | 06/29/2022 | 4 |
| 102672040 | Citation/Return of Service | | 06/21/2022 | 3 |
| 102291624 | Petition Complaint of Intentional Infliction of Emotional Distress Disability Discrimination Under 504 Rehabilitation Act | | 06/03/2022 | 3 |
| >102291625 | Exhibit 01 | | 06/03/2022 | 15 |
| >102291626 | Exhibit 02 | | 06/03/2022 | 83 |
| 102291628 | Affidavits of Facts | | 06/03/2022 | 3 |

6/30/22, 4:42 PM

sensitive

Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

Office of Harris County District Clerk - Marilyn Burgess

06/03/2022      2

https://www.hcdistrictclerk.com/edocs/public/CaseDetailsPrinting.aspx?Get=K6uOCdJtbO8xryg/CYUXrdl6kRUAB6KOb1MxvVgRt6AO3kyQ+cjRS+rlhz5Zv7nnPFQH9bxus7DusT9e7lFwWWynaSKoP2l/...

3/3

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SHARON YASIN** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **FIRST TRANSIT, INC.** | § | |

## INDEX OF DOCUMENTS FILED

Defendant First Transit, Inc., files the following documents with its Notice of Removal:

a.  All executed process in this case (Exhibit 1)

b.  Plaintiff's Original Petition (Exhibit 2)

c.  Defendant's Original Answer (Exhibit 3)

d.  The state court docket sheet (Exhibit 4)

e.  An index of documents being filed (Exhibit 5)

f.  A list of all counsel of record, including address, telephone numbers, and parties represented (Exhibit 6)

4856-4464-8743.1

# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SHARON YASIN** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** _____ |
| | § | |
| **FIRST TRANSIT, INC.** | § | |

**LIST OF COUNSEL OF RECORD AND PARTIES REPRESENTED**

Plaintiff Pro Se:

Sharon Yasin
7225 Bellerive #212
Houston, Texas 77036
Tel: (512) 822-6055
E-mail: first.transit.courtcases@gmail.com

Defendant:
Attorneys for Defendant:

First Transit, Inc.
Lewis Brisbois Bisgaard & Smith, LLP
Ezra Finkle, Attorney In Charge
SBOT: 24090754
SDTX: 1504398
24 Greenway Plaza, #1400
Houston, TX 77046
Tel: (713) 659-6767
Fax: (713) 759-6830
E-mail: ezra.finkle@lewisbrisbois.com

4895-6055-6071.1