UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARON YASIN, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-02173 |
| FIRST TRANSIT, INC., | § § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In accordance with the Notice of Non-Suit filed July 28, 2022 (DOC # 10), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Signed on August 16, 2022.

_____
Alfred H. Bennett
United States District Judge